JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SUNLIANG CHEN,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA,<br><br>Respondent. | Case No. 5:26-cv-05445-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 8, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE